IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| L.G., | : |
|     Plaintiff, | : |
| VS. | :     7:22-CV-11 (TQL) |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

**ORDER**

Pending before the Court is the Commissioner's Motion for Reversal and Remand of this case to the Commissioner for further action under Sentence Four of 42 U.S.C. § 405(g). (Doc. 10). The Commissioner moves the Court for entry of judgment with a reversal and remand of the cause to the Commissioner. *Id.* In her Memorandum, the Commissioner states that upon remand the Commissioner will offer Plaintiff the opportunity for a new hearing, obtain supplemental evidence from a vocational expert, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles, take any further action needed to complete the administrative record, and issue a new decision. (Doc. 10-1). The Commissioner states that Plaintiff consents to the Motion. (Doc. 10).

Having considered the Motion and the Memorandum in support thereof, as well as Plaintiff's consent, the Court **GRANTS** the Commissioner's Motion for Reversal and Remand of this case to the Commissioner for further action under Sentence Four of 42 U.S.C. § 405(g). (Doc. 10). Upon remand, the Commissioner will offer Plaintiff an opportunity for a new hearing to further consider Plaintiff's claim, which will include obtaining supplemental evidence from a vocational expert, identifying and resolving any conflicts between the vocational expert's

testimony and the Dictionary of Occupational Titles in the decision, taking any further action needed to complete the administrative record, and issuing a new decision. The Clerk is **DIRECTED** to enter judgment accordingly.

    **SO ORDERED**, this 9th day of June, 2022.

                                                s/ ***THOMAS Q. LANGSTAFF***
                                                UNITED STATES MAGISTRATE JUDGE